

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

May 24, 2024

**BY ECF**

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    ***United States v. Devone Thomas, et al.*, S1 24 Cr. 157 (DLC)**

Dear Judge Cote:

    A superseding indictment in the above-referenced case was unsealed today, and an additional defendant, Jerryed Burgess, was presented and arraigned before Magistrate Judge Ona T. Wang. Burgess was detained on consent without prejudice to a future bail application. Judge Wang also excluded time under the Speedy Trial Act through and including June 21, 2024. The parties have conferred and are all available for an initial conference before this Court on June 13, 2024.

    On March 22, 2024, the Court set a schedule that required Defendants Devone Thomas and Adama Karamoko to file any motions by June 7, 2024. In light of the superseding indictment unsealed today and the addition of Burgess as a defendant, the parties jointly request that the Court adjourn *sine dine* the current motion schedule and set a new schedule applicable to all defendants at the next conference.

*Granted. The conference shall be 11:00 am on June 13.*
*/s/ DLC*
*5/24/24*

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Ryan W. Allison
Assistant United States Attorney
Southern District of New York
(212) 637-2474

cc:    Hannah McCrae, Esq. (by ECF)
       John Diaz, Esq. (by ECF)
       Michael Hueston, Esq. (by ECF)