UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x

UNITED STATES OF AMERICA,

**ORDER**

-against-

24 Cr. 157 (DLC)

JERRYED BURGESS,

Defendant.

---------------------------------------------------------------- x

Upon the application of defendant, JERRYED BURGESS, through his counsel Michael Hueston, Esq., and upon all proceedings previously herein, it is apparent that defendant JERRYED BURGESS, is financially unable to pay the expense of retaining the services of an Associate Counsel; it is hereby:

ORDERED that pursuant to 18 U.S.C. 3006(A), that Jeff Henle, Esq., is appointed in the above-captioned action as Associate Counsel, pursuant to the Southern District of New York's Criminal Justice Act Mentoring Program, to assist in the representation of defendant, JERRYED BURGESS. As such, Jeff Henle, Esq., will be compensated in accordance with the Criminal Justice Act at the rate of ~~$110.00~~ $103 per hour after providing 15 *pro bono* hours of service in the case.

Dated:   New York, New York
         June 26  2024

THE HONORABLE DENISE L. COTE
United States District Judge