```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
                                            :
UNITED STATES OF AMERICA,                   :     24cr157-3 (DLC)
                                            :
              -v-                           :     ORDER
                                            :
JERRYED BURGESS,                            :
                                            :
                         Defendant.         :
                                            :
------------------------------------------ X
```

DENISE COTE, District Judge:

On October 31, 2024, defendant Jerryed Burgess was sentenced principally to a term of imprisonment of 205 months. Burgess appealed his conviction, and his appeal is currently being litigated before the Court of Appeals. In a motion dated September 12, 2025 and docketed on September 22, the defendant seeks an extension of time to challenge his conviction through a 28 U.S.C. § 2255 petition.

28 U.S.C. § 2255 imposes a "1-year period of limitation" on the filing of a petition under that section. 28 U.S.C. § 2255(f)(1). The one-year period of limitation begins to run from "the date on which the judgment of conviction becomes final." Id. In the event of an appeal, "a conviction becomes final when the Supreme Court affirms a conviction on the merits on direct review or denies a petition for a writ of certiorari, or when the time for filing a certiorari petition expires." Moshier v. United States, 402 F.3d 116, 118 (2d Cir. 2005) (citation omitted). "[A] district court may grant an extension of time to file a motion pursuant to section 2255

only if (1) the moving party requests the extension upon or after filing an actual section 2255 motion, and (2) 'rare and exceptional' circumstances warrant equitably tolling the limitations period." Green v. United States, 260 F.3d 78, 83 (2d Cir. 2001).

The defendant has not filed an actual § 2255 petition. The defendant also does not face any immediate deadline to file a § 2255 petition. Accordingly, it is hereby

ORDERED that the defendant's request for an extension of time to file a 28 U.S.C. § 2255 petition is denied.

IT IS FURTHER ORDERED that the Clerk of Court shall mail the defendant a copy of this Order and note mailing on the docket.

Dated:   New York, New York
         September 22, 2025

_____
DENISE COTE
United States District Judge

2